320 So.2d 726

**In re Johnny Daniel BEECHER**

**v.**

**STATE of Alabama.**

**Ex parte Johnny Daniel Beecher.**

**SC 1054.**

Supreme Court of Alabama.

March 4, 1975.

It is ordered that the application for rehearing filed in this cause on January 31, 1975, be, and the same is hereby, granted.

Now, therefore, it is ordered that the Writ issue to the Court of Criminal Appeals 56 Ala.App. ——, 320 So.2d 716, and that this cause stand ready for submission on briefs or oral argument, if so desired, in accordance with Amended Supreme Court Rule 39.

HEFLIN, C. J., and MADDOX, FAULKNER, JOHN and SHORES, JJ., concur.

MERRILL, BLOODWORTH and EMBRY, JJ., dissent.

ALMON, J., recuses himself.

319 So.2d 739

**In re James BLEVINS**

**v.**

**STATE.**

**Ex parte James Blevins.**

**SC 1401.**

Supreme Court of Alabama.

Sept. 11, 1975.

Wesley M. Lavender, Decatur, Michael E. Sparkman, Hartselle, for petitioner.

No appearance for the State.

SHORES, Justice.

Petition of James Blevins for Certiorari to the Court of Criminal Appeals to review and revise the judgment and decision of that Court in *Blevins v. State*, 56 Ala.App. 115, 319 So.2d 734.

Writ denied.

HEFLIN, C. J., and MERRILL, MADDOX and JONES, JJ., concur.